# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**PLAINTIFF**<br><br>v.<br><br>Jose Rene Jiminez<br><br>**DEFENDANT.** | ☐ LA ☑ RS ☐ SA    DATE FILED: 10/22/2025<br>CASE NUMBER: 5:25-mj-00653-DUTY  ☑ **Under Seal**<br>INIT. APP. DATE: 10/22/2025   TIME: 2:00 PM<br>CHARGING DOC: Out of District Affidavit<br>DEFENDANT STATUS: In Custody<br>☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT<br>VIOLATION: 18:1343<br>COURTSMART/REPORTER: rs - cs - 4 |

| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** David T. Bristow | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |
|---|---|

**PRESENT:** Rachel Maurice          Christopher M Brunwin
*Deputy Clerk*          *Assistant U.S. Attorney*          *Interpreter / Language*

☑ INITIAL APPEARANCE NOT HELD - CONTINUED

☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Claudia Pamela Gomez    ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
Ordered (see separate order)  ☐ Special appearance by: _____

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED

☐ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.  ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT**    ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at _____ in Riverside

☐ Post-Indictment Arraignment set for: _____ at _____ in Riverside

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights.  ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____

  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____

  ☐ Warrant of removal and final commitment are ordered stayed until _____.

☑ Case continued to (Date) 10/24/2025   (Time) 2:00   ☐ AM / ☑ PM

☑ Type of Hearing: Initial Appearance/Detention   Before Judge David T. Bristow /Duty Magistrate Judge.
Proceedings will be held in the ☑ Duty Courtroom 4   ☐ Judge's Courtroom _____

☐ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. _____ ).

☐ Other:

**RECEIVED:** ☑ PSA ☑ PROBATION ☑ FINANCIAL ☑ CR-10    ☑ READY

Deputy Clerk Initials RAM
: 40

M-5 (10/23)          CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE          Page 1 of 1